UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL POMEROY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TICKETMASTER, LLC,<br><br>Defendant. | CASE NO. 2:24-cv-08809 - MEMF (SKx)<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT** |

| | |
|---|---|
| 1 | The Court, having considered the parties' Stipulation to Extend Time to Respond to Initial Complaint, ("Stipulation"), and finding good cause therefor, hereby GRANTS the Stipulation and extends the deadline for Defendant Ticketmaster L.L.C. ("Defendant") to answer, plead, move, or otherwise respond to 30 days after the consolidated complaint is filed in *In re: Snowflake, Inc., Data Security Breach Litigation*, Case No. 2:24-md-03126-BMM (D. Mont.). |

IT IS SO ORDERED.

DATED: December 3, 2024

_____
Maame Ewusi-Mensah Frimpong
UNITED STATES DISTRICT JUDGE

- 2 -